IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADOLPHUS WESLEY, | : | |
| Petitioner, | : | CIVIL NO. 13-CV-666 |
| | : | |
| v. | : | |
| | : | (JUDGE NEALON) |
| UNITED STATES OF AMERICA, | : | (MAGISTRATE JUDGE BLEWITT) |
| Respondent | : | |

## ORDER

**AND NOW**, this 11th day of SEPTEMBER, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, (Doc. 7), is **NOT ADOPTED**;

2. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED AS MOOT**;

3. The Clerk of Court is directed to **CLOSE** this case; and

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

_____
**United States District Judge**

FILED
SCRANTON

SEP 11 2013

PER _____
DEPUTY CLERK